**FILED**

12/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0435

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0435

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

JOSEPH BULLINGTON,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 18, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 14 2020